# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# FORT MYERS DIVISION

| | |
|---|---|
| Linda Feldman,<br><br>                Plaintiff,<br>v.<br><br>Summit Mortgage Corporation,<br><br>                Defendant. | Court File No.: 2:24-cv-00698-SPC-KCD |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

**NOTICE IS HEREBY GIVEN** that Plaintiff, Linda Feldman, and Defendant, Summit Mortgage Corporation, by and through their respective undersigned counsel, hereby jointly stipulate to the dismissal with prejudice of Plaintiff's Claims against Defendants with each side to bear their own fees and costs, pursuant to Federal Rules of Civil Procedure 41(a)(1)(A).

Dated:  December 16, 2024

| | |
|---|---|
| **CONSUMER LAW ATTORNEYS CORP.** | **KASS SHULER, P.A** |
| /s/*Young Kim*<br>Young Kim, Esquire<br>Florida Bar No. 122202<br>2727 Ulmerton Rd., Ste. 270<br>Clearwater, FL 33762<br>Phone: (877) 241-2200<br>ykim@consumerlawattorneys.com | */s/ Richard McIver*<br>Richard McIver, Esquire<br>Florida Bar No. 559120<br>Post Office Box 800<br>Tampa, FL 33601<br>Phone: (813) 229-0900<br>rmciver@kasslaw.com |

litigation@consumerlawattorneys.com   *Attorneys for Defendant*
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 16th day of December, 2024, I electronically filed the fore-going with the Clerk of the Court using CM/ECF system which will send a notice of electronic filings via the Court's ECF system to all CM/ECF participants, and further certify that all counsel of record for the parties to this action are CM/ECF participants.

By:  */s/ Young Kim*
Young Kim, Esq.  FBN: 122202